# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Larry Lee Moore ) | **JUDGMENT IN A CIVIL CASE** |
| ) | |
| Plaintiff ) | CV 09-2093-PHX-GMS-JRI |
| ) | |
| v. ) | |
| ) | |
| Justin Futrell, et al. ) | |
| ) | |
| Defendant(s) ) | |

___   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed January 20, 2010, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice. The dismissal may count as a strike under 28:1915(g).

March 5, 2010

RICHARD H. WEARE
District Court Executive/Clerk

s/Tammy Johnson
By: Deputy Clerk